# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

3:51 pm, 3/19/25

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| vs<br>ANGELA M FLAHERTY<br>Defendant | Case Number  L:24-PO-00967-SAH-1 |
| Violation Charged  Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails | Citation Number  (E1482320) |
| Date Violation Notice Issued  10/27/2024 | Place  WYNP |

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 2:30-3:29                                     Interpreter  N/A

Date  March 19, 2025                          Interpreter Telephone  N/A

Before the Honorable Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on
☑ Appeared   ☑ By telephone
                      ☑ Voluntarily   ☐ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing    Greg Schwesinger
                        ☐ FPD   ☐ PANEL-CJA   ☑ RETAINED
☐ Attorney waived

☐ Court orders case continued to _____ at _____
    reason:


☐ Bail is set at
        ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety
☐ Conditions of release

WY 59                                                                                                  Rev. 09/18/2024

Petty Offenses/Misdemeanors Minute Sheet
L:24-PO-00967-SAH-1

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made   ☐ orally   ☐ in writing

☐ Informed of charges and rights      Date
☐ Defendant arraigned                  Date
☑ Court accepts plea        Defendant enters ☑ Guilty        ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty              (E1482320)
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence       Date  March 19, 2025
☐ Imposition of jail sentence suspended
☑ Committed to custody for a period of   seven days, contact USMS within 14 days from Sentencing. To serve within six months from 03/19/2025.
☐ Probation for a period of
    ☐ With Supervision     ☐ Without Supervision
☐ Special Conditions of Probation

☑ Fine           no fine          Payable to CVB by 04/21/2025
☐ Restitution                     To
☐ Community Service               To
☑ Special Assessment   10.00
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other  Written Judgment to follow.